District Court of the United States: Special Proceedings

William S. McCowan, Plaintiff-Claimant,
 -against-

OMAR ABDULLAH, Raleigh Police Officer; and
RALEIGH POLICE DEPARTMENT, Defendants-Respondents.

## Notice of Seaman's Suit
### (28 U.S.C. §1916)

Petitioner moves this court to file an equitable claim under seaman suit, hereby declaring his immunity and exemption from having to pay costs and fees for the filing and prosecuting this suit.

Petitioner demands for trial by jury to try, consider, and determine all issues, facts, damages, and compensation. Petitioner does not assent or consent to any order or judgment by a judge or court as such lacks jurisdiction over the subject matter. I declare as true under penalty for perjury that the foregoing is true.

April 17, 2022.

Perfected By: _____
william S. McCowan, the beneficiary.

District Court of the United States: Special Proceedings

William S. McCowan, Plaintiff-Claimant,

-against-

OMAR ABDULLAH, Raleigh Police Officer; and
RALEIGH POLICE DEPARTMENT, Defendants-Respondents.

## CIVIL COMPLAINT AND EQUITABLE SEAMAN SUIT

I, William S. McCowan the real party in interest in my own behalf declare as follows:

This is a preliminary statement of the facts asserting claims for which relief should be granted and tried by a jury.

Plaintiff alleges and charges the defendants with violating his unalienable rights to property, liberty, and due process, as secured and protected by the Bill of Rights under the Constitution for the United States of America.

Said defendants are charged with also acting under the color of law, color of authority, and color of office while in the commission of performing acts constituting the actual cause and proximate injuries and damages for which Plaintiff sustains.

On December 14, 2013, in Wake County, North Carolina, Plaintiff was unlawfully arrested and seized by virtue of statutory bond warrants for arrest contrary to and in violation of the Amendments Four and Five to the United States Constitution, while said warrants being executed by the defendants.

The December 14, 2013, arrest was the results of an informal or formal probable cause findings of a grand jury of Plaintiff's peers supported by oath or affirmation.

Plaintiff demands trial by jury and for the jury to award plaintiff ten million dollars ($10,000,000.00) in United States currency to be put in trust of Plaintiff's public and private estate.

Plaintiff request this Court to issue a file-docket number whereby Plaintiff may file his formal independent claim and subsequent pleadings and demands.

Dated: April 17, 2022.

Perfected By: _____
William S. McCowan the beneficiary

## CERTIFICATE OF MAIL SERVICE

I certify that the foregoings were this day mailed to the District Court of the United States sitting in Raleigh, North Carolina, addressed to the court clerk Peter A. Moore.

April 17, 2022.

Perfected By: _____
William S. McCowan the beneficiary